IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH L. DAVIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-273-GPM |
| | ) |
| **W. A. SHERROD,** | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On May 15, 2008, Petitioner moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure (Doc. 3). Voluntary withdrawal of this action is his right, and, accordingly, the motion is **GRANTED**. This action is **DISMISSED** without prejudice, and the Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 06/18/08

S/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge